JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| William Doucette,<br><br>  Plaintiff,<br><br>  v.<br><br>CIM Group, L.P. et al,<br><br>  Defendants. | 2:19-cv-08539-VAP-JDEx<br><br>**JUDGMENT** |

    Pursuant to the Order Granting Defendants' Motion for Judgment on the Pleadings, IT IS ORDERED AND ADJUDGED that Plaintiff's complaint is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:     8/13/20

*Virginia A. Phillips* (signature)
Virginia A. Phillips
United States District Judge

1