JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| William Doucette,<br><br>        Plaintiff,<br><br>        v.<br><br>CIM Group, L.P. et al,<br><br>        Defendants. | Case No. CV 19-8539-VAP-JDEx<br><br>**ORDER OF DISMISSAL** |

    The Court, having been advised by a Joint Notice of Settlement [106] that the above-entitled action has settled, ORDERS that this action be dismissed in its entirety without prejudice and that all pending deadlines and hearing dates be vacated.

    Further, the Court retains jurisdiction for a period of sixty (60) days to enforce the terms of the settlement.

Dated: 11/15/22

                                                                       VIRGINIA A. PHILLIPS<br>
                                                                       United States District Judge